UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

CALUMET REFINING L L C                    CIVIL ACTION NO. 25-cv-127

VERSUS                                     JUDGE EDWARDS

TOTAL INDUSTRIAL SERVICES                 MAGISTRATE JUDGE HORNSBY
SPECIALTIES INC ET AL

### MEMORANDUM ORDER

Calumet Refining, LLC filed its Diversity Jurisdiction Disclosure Statement (Doc. 11) and alleged that it is a limited liability company. It stated that the sole member of Calumet Refining is Calumet Operating, LLC, whose sole member is Calumet Specialty Products Partners, LP. Calumet alleges that the general partner of Calumet Specialty Products Partners is Calumet GP, LLC. Calumet GP, LLC and Calumet Specialty Products Partners, LP are said to be "owned by" Calumet, Inc., a Delaware corporation with its principal place of business in Indiana. The Diversity Jurisdiction Disclosure Statement does not specifically identify or allege the citizenship of the limited partner(s) of Calumet Specialty Products Partners, LP or the member(s) of Calumet GP, LLC.

The citizenship of an unincorprated entity, such as an LLC or limited partnership, is determined by the citizenship of all of its members, with its state of organization or principal place of business being irrelevant. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077 (5th Cir. 2008). If the members are themselves partnerships, LLCs, corporations or other form of entity, their citizenship must be alleged in accordance with the rules applicable to that entity, and the citizenship must be traced through however many layers

of members or partners there may be.  Mullins v. TestAmerica Inc., 564 F.3d 386, 397-98 (5th Cir. 2009).  An allegation that an LLC or partnership is "wholly owned" by someone is not enough to allege citizenship with specificity. The party must identify the partners or members of the relevant LLC or partnership.  Membership and ownership are not always the same.  SXSW, L.L.C. v. Fed. Ins. Co., 83 F.4th 405, 408 (5th Cir. 2023).

Calumet will need to file, no later than **March 7, 2025**, an amended Diversity Jurisdiction Disclosure Statement that adds to the existing allegations the identity and citizenship of the limited partner(s) of Calumet Specialty Products Partners, LP and the member(s) of Calumet GP, LLC.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 20th day of February, 2025.

Mark L. Hornsby
U.S. Magistrate Judge